**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                  Case No. 3:09cv242/MCR/EMT

$402,669.23 IN UNITED STATES
CURRENCY

**REFERRAL AND ORDER**

Referred to Magistrate Judge Timothy on          October 13, 2009
Type of Motion/Pleading: STATUS REPORT
Filed by:    Plaintiff                on 10/13/09       Document    8

                                                       WILLIAM M. McCOOL, CLERK OF COURT
                                                       /s/ *Teresa Milstead*
                                                       Deputy Clerk: Teresa Milstead

**ORDER**

Upon consideration of the foregoing, it is **ORDERED** this 15th day of October, 2009, that:

The government's status report states that, to the government's knowledge, no claim or answer has yet been filed in this case. The government also notes that, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, any individual wishing to make a claim of interest in the currency that is the subject of this action must do so within sixty (60) days of the first date of publication on www.forfeiture.gov. According to the government, in this case the time for filing claims pursuant to publication ends on November 2, 2009.

At his request, the court gave Carlos Hernan Labarca Lago until September 25, 2009, in which to respond to the government's complaint (Doc. 7), although it appears that claimants have until November 2, 2009, in which to file claims. In any event, to date Mr. Lago has not responded to the government's complaint. The court notes that for purposes of docketing and responding to Mr. Lago's request, i.e., for administrative reasons only, the clerk listed Mr. Lago on the docket as a claimant. In fact, as he has not filed a claim Mr. Lago is not presently a claimant in this case.

Mr. Lago did not receive a copy of the government's status report. For Mr. Lago's convenience, the clerk therefore shall supply him with a copy of Docket Entry # 8, as well as a copy of this order.

                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**