# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff**

**v.**                                               **Case No. 3:09cv242/MCR/EMT**

**$402,669.23, IN UNITED STATES CURRENCY,**

    **Defendant**

_____

## FINAL ORDER OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Final Order of Forfeiture. Being fully advised in the premises, the Court finds as follows:

1. On June 8, 2009, the United States filed a Civil Complaint against $402,669.23 in United States Currency, seeking forfeiture pursuant to Title 21, United States Code, Section 881;

2. On September 1, 2009, the United States caused to be published a Notice of Forfeiture on www.forfeiture.gov of the intent of the United States to the property in accordance with Title 21, United States Code, Section 881, and further notifying all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The United States also served actual notice of the existence of the instant forfeiture action on Amarilys Gonzalez Alayon, Heather Perkins, Carlos Hernan Labarca Lago, and Marvin Wayne Jackson.

4. No claims or petitions have been filed for the property described in the Complaint, and the time for filing petitions has now expired.

5. The facts set on in the affidavit filed by the United States demonstrates sufficient grounds for forfeiture.

**IT IS HEREBY ORDERED, and ADJUDGED;**

1. That no person or entity has established that they have any legal right, title or interest in said currency.

2. That the property subject to forfeiture in this Order is $402,669.23 in United States Currency.

3. That all rights, title and interests to all the hereinafter described currency is hereby condemned, forfeited and vested in the United States of America.

**IT IS SO ORDERED** this 5th day of January, 2010.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**