IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                          **CASE NO.  3:09cv242/MCR/EMT**

**$402,669.23 IN UNITED STATES CURRENCY,**

    **Defendant.**
_____/

## AMENDED FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the court upon the Government's Motion to Correct Scrivener's Error to reflect the error in the amount of money subject to forfeiture from the cited amount of **$402,669.23** to the correct amount of **$402,699.23**.  The Court being fully advised in the matter; finds that the error as reported by the government is a scrivener's error that did not mislead or intentionally affect the rights of any party, and that no material prejudice flowed from said error.

Based on that finding, IT IS HEREBY ORDERED as follows:

1.  The style of the case is hereby changed to read: United States of America v. $402,699.23 in United States Currency.

2.  That this Court's order of January 5, 2010, is amended to reflect the correct amount of money forfeited to be $402,699.23.

3.   That all other findings of fact and orders contained in its initial Order remain the same.

4.  That the property subject to forfeiture in this Order is $402,699.23 in United States Currency.

5. That all rights, title and interests to all the hereinafter described currency is hereby condemned, forfeited and vested in the United States of America.

**IT IS SO ORDERED** this 12th day of April, 2010.

*s/ M. Casey Rodgers*
**M . CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**